**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 18, 2005

RECEIVED
NOV 2 2 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. Tenth Street
St. Louis, MO  63102

Re:  05-3308   Dianne Burrows vs. Central WestEnd Bank

Dear Clerk:

   The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

   Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
----------------------------------------
cc:  Honorable Jean C. Hamilton
     Dianne Burrows

         District Court/Agency Case Number(s):   4:05-cv-706-AGF

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**FILED**
NOV 2 2 2005
U. S. DISTRICT COURT
E. DISTRICT OF MO.

No.   05-3308

Dianne Burrows,

    Appellant,

v.

Central West End Bank, et al.,

    Appellees.

(SEE ATTACHED FOR COMPLETE CAPTION)

Appeal from the United States
District Court for the
Eastern District of Missouri

## JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

September 27, 2005

Order Entered at the Direction of the Court

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

DIANNE BURROWS

        Plaintiff - Appellant

  v.

CENTRAL WEST END BANK; SOUTH POINTE HOSPITAL; ST. ALEXIUS HOSPITAL SOUTH JEFFERSON CAMPUS; UNKNOWN TUNSTALL-ROBINSON, M.D.; RANDLE & SON FUNERAL HOME; LAURA HILL CEMETERY; GERARD A. NESTER; MARK L. OSTENFELD, Public Administrator Conservator; MERCANTILE BANK N.A.; UNIONT PLANTERS BANK N.A.; SHEILA HAYES; AGBANI DAGO JACK, Dr.; ANNE HOPPE; 1ST STAR BANK; DIEDRE PROVEAUX, Nurse; KENNETH FERETTI; VALARIE WATERS, Delhaven Administrator; GERALDINE POTTER; EDDIE RANDLE; ROOSEVELT, also known as Financial Services, Inc.; FIRSTAR INVESTMENT SERVICES, INC., Invester Insurance Agency, Inc.; BANK OF AMERICA N.A.; U.S. BANK; SOUTH POINTE HOSPITAL SECURITY; ST. ALEXIUS HOSPITAL SOUTH JEFFERSON CAMPUS ST. ALEXIUS HOSPITAL SECURITY; UNKNOWN PECK, Judge, Probate Division; ST. ALEXIUS HOSPITAL, also known as South Jefferson Campus; BARNES HOSPITAL PLAZA; DELHAVEN NURSING HOME; L.R.A.; A. BEAUFOEUF, Dr.; O. OLAGBEGI, Dr., M.D.; CORLA BOLLARD; UNKNOWN RAOPDELL, R.N.; KATHLEEN E. CANCIENNE, R.N.; UNKNOWN MASON, Judge; U.S. BANK; COMMERCE BANK NA; DELORIS GERCHMAN; DAVID BROWN, JR., Estate; ROZ MARY; ROBERT H. KELLY, Esq.; JEFF CHILDRESS; GARY SKAGGS; ROZ MARY, Social Worker, Psychiatric Services; ANNETTE MILES; PRICE COUNTESS; DENISE THOMAS; SAINT LOUIS CIRCUIT COURT; DIVISION OF AGING; PAUL VENKER; UNKNOWN MASON, Judge, Circuit Court Division; U.S. BANK OF MINNESOTA; 1ST STAR ONE AND U.S. BANK, in the same; ALEX MILLER, St. Alexius Hospital; JACK SIMONS, Dr., St. Alexius Hospital; MICHAEL J. RANEY, St. Alexius Hospital South Jefferson Campus; C. DELESTE, Dr., St. Alexius Hospital South Jefferson Campus; O. LAGBEGI, St. Alexius Hospital South Jefferson Campus; K. M. KLOECKEIL, St. Alexius Hospital South Jefferson Campus; UNKNOWN RUEHER, Dr., St. Alexius Hospital South Jefferson Campus; B. BROATKEY, St. Alexius Hospital South Jefferson Campus; B. SMITH, R.N., St. Alexius Hospital South Jefferson Campus; NATALIE RUPP, R.D., St. Alexius Hospital South Jefferson Campus; C. LUCAS, RRT., St. Alexius Hospital South Jefferson Campus; RANDY JOHNSON, Dr., Alexious Hospital South Jefferson Campus; A. JACK DAGOGO, St. Alexius Hospital South Jefferson Campus; JONATHAN M. FOSS, Dr., St. Alexius Hospital South Jefferson Campus; S. ST. ALEXIUS HOSPITAL SOUTH JEFFERSON CAMPUS; N. HOLLAND, R.N., St. Alexius Hospital South Jefferson Campus; ALEXA MILLER, St. Alexius Hospital South Jefferson Campus; JEFFERY A. HARDY, St. Alexius Hospital South Jefferson Campus; L. TUNSTALL, St. Alexius Hospital South Jefferson Campus; IAN VARKUR, St. Alexius Hospital South Jefferson Campus; S. RAGSDELL, St. Alexius Hospital South Jefferson Campus; S. DRIBBLE, St. Alexius Hospital South Jefferson Campus; UNKNOWN RUMLEY, M.D., St. Alexius Hospital South Jefferson Campus; B. MILLER, St. Alexius Hospital South Jefferson Campus; UNKNOWN DEUELRE-RENNEARCE, R.N., St. Alexius Hospital South Jefferson Campus; JOHN RUCKER, Dr., St. Alexius Hospital South Jefferson Campus; S. BEANTLYN, St. Alexius hospital South Jefferson Campus; LISA KLESCH, R.N., St. Alexius Hospital South Jefferson Campus; FRANCIS SLAY, Mayor; BOB HOLDEN, Honorable Governor; CHARLES DOOLEY, County Executive for St. Louis City and County; CHARLES BROWN; SCOTT SCHNEIDRE, Assistance Vice President, Branch Manager

Einstein WINFORD ARPES, GLORIA M. SMITH, Issue Department
BETHESDA; UNKNOWN NBER, Mrs., in their Individual and
Professional Capacities

                     Defendants - Appellees